O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7282 AHM (FMOx) | Date | January 8, 2009 |
|---|---|---|---|
| Title | INNOFONE.COM, INC. v. STATE STREET CORPORATION, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

    Defendant State Street Corporation has filed a motion to dismiss the Complaint pursuant to Federal Rule Civil Procedure 12(b)(3) or, in the alternative, to transfer the case to the District of Massachusetts pursuant to 28 U.S.C. §§ 1404(a) or 1406(a).[1]  The Court GRANTS Defendant's motion based on Rule 12(b)(3) and dismisses this action without prejudice.

    The Rule 12(b)(3) motion is based on a forum selection clause in an agreement between Plaintiff Innofone.com, Inc. and Investors Bank & Trust Company ("IBT"), which was acquired by State Street just days before the agreement was executed. Specifically, on July 2, 2008 State Street acquired IBT by merger.  On July 6, 2007, Innofone and IBT entered into an agreement to dismiss without prejudice an action that Innofone was litigating against IBT in the Southern District of New York.  In their Stipulation of Discontinuance, they agreed that the action would be dismissed without prejudice to IBT "on the stipulated condition that any further action that Innofone may bring against IBT, on matters that were raised or might have been raised by amendment in [this action] shall be brought in the United States District Court for the District of Massachusetts" or in Massachusetts state court.  Declaration of Paula M. Bagger, Ex. B at p. 33.

    Innofone opposes enforcement of this mandatory forum selection clause on the ground that the agreement applies to IBT, not State Street.  For the reasons stated in State Street's briefs, the Court rejects Innofone's arguments as meritless.  As State Street

---

[1] Docket No. 6.

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7282 AHM (FMOx) | Date | January 8, 2009 |
|---|---|---|---|
| Title | INNOFONE.COM, INC. v. STATE STREET CORPORATION, *et al.* | | |

noted, Innofone is now suing State Street in its capacity as successor-in-interest to IBT. The only allegation against State Street in the Complaint is that "[o]n or about July 2, 2007, Defendant State Street acquired all of the outstanding common stock of Investors Financial Services Corp., the parent of IBT." Compl. ¶ 23. All the other factual allegations are directed at IBT and other companies involved in the previous action. By the time Innofone entered into the stipulation to dismiss the previous action, IBT had ceased to separately exist under Massachusetts corporate law, and State Street had succeeded to IBT's obligations. *See* MASS. GEN. LAWS ch. 156B, § 80(a)(1), ch. 156D, § 11.07(a)(4). That the litigation continued to proceed in IBT's name in the four days between the merger and the dismissal is of no moment, because the Federal Rules did not require State Street to be substituted for IBT. Fed. R. Civ. P. 25(c).

Innofone would subject State Street to this lawsuit as IBT's successor, yet deny State Street's right to invoke the condition attached to a subsequent suit. Innofone has presented no reasons to deny enforcement of the forum selection clause. *See Hendricks v. Bank of America, N.A.*, 408 F.3d 1127, 1137 (9th Cir. 2005) (a forum selection clause is *prima facie* valid and enforceable unless the party opposing it shows that enforcement would be unreasonable under the circumstances) (citations and quotation marks omitted). Accordingly, the Court GRANTS the motion to dismiss for improper venue.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

| | : | |
|---|---|---|
| Initials of Preparer | | SMO |

**Make JS-6**